GREAT LAKES PIPE LINE CO. *v.* COMMISSIONER
OF TAXATION.

No. 1240.   Decided June 13, 1966.

*Hayner N. Larson, Erwin A. Goldstein* and *Leon B. Seck* for appellant.

*Robert W. Mattson,* Attorney General of Minnesota, *Perry Voldness,* Deputy Attorney General, and *Ralph W. Peterson,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

GRAY *v.* ILLINOIS.

No. 1494, Misc.   Decided June 13, 1966.

*Elmer Gertz* for appellant.

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.